# EXHIBIT 4

**DECLARATION OF CLAUDIA ROMERO-LORENZO**

I, Claudia Romero-Lorenzo, do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge and belief:

1. I am currently detained at Central Arizona Florence Correctional Complex ("CCA"). As of May 2, 2020, I have been detained at CCA for five months.

2. My case number is 4:20-cr-00171-1. I am charged with illegal reentry and am awaiting sentencing.

3. I am 39 years old. I am the mother of three children: a 22-year-old son, a 19-year-old daughter, and a 9-year-old son.

4. I have been diagnosed with several serious health conditions, including a type of leukemia or cancer of the blood. Before my arrest, I had been receiving therapy treatments for this condition. I would receive four intravenous steroid treatments throughout a single day. Then, three weeks after this treatment, I would return for a checkup. I also was prescribed and would take medicine between these treatments. My last treatment for this medical condition was over one year ago, in April 2019.

5. I have asked CCA to continue my therapy treatments, on at least two separate occasions. Medical staff at CCA tested my blood, told me everything was fine, and recommended that I go on walks and drink water instead.

6. I also suffer from anxiety and depression. I have asked for medical treatment, but I have received only Tylenol, which does not help.

7. I live in a pod with about 40 people. We share four showers and four telephones. When we are not in our cells, the people in my pod are able to interact and we often are in close contact with each other. We are not physically separated.

8. I also share a cell with another woman. Our beds are placed about one meter (or about 3 feet) apart. From my bed, I can touch my cellmate's bed. There is one toilet and sink in my cell that I share with the woman in my cell.

9. At CCA I work in the sewing workshop with four other people. We are not physically separated, and we work within a close distance of each other. When one worker sews something, the other worker cuts it at the same time. We also share tools in the workshop that are not cleaned or disinfected.

10. Once a week, every person in my pod receives a hygiene bag containing toothpaste, a toothbrush, a razor, shampoo, and soap. This is the same as what we received before COVID-19. We receive only a small amount of soap and shampoo. We do not receive either hand sanitizer or cleaning supplies to clean our pods, cells, cups, or dishes. Because we do not receive these cleaning supplies, I often use my own soap or shampoo to clean things like cups and dishes. Because I use my soap and shampoo for both personal hygiene and cleaning, I sometimes run out of soap or shampoo. If I need more soap or shampoo, I am required to purchase these items from CCA's commissary or to wait until the next week's hygiene bag.

11. On April 30, 2020, the people in my pod received thin paper masks. We are required to wear these masks when we go outside of our pods, but we are not required to wear the masks inside our cells or pods. CCA staff also began wearing masks last week.

12. Before last week, the people in my pod had not received any masks. The staff at CCA also did not wear masks or gloves until last week. CCA staff had worn gloves only when searching someone's cell.

13. A group of people from my pod clean the pod. When they clean, I have not seen them wear masks or gloves. They clean the pod once per day, between 8:00 a.m. and 10:00 a.m. I have not seen anyone clean the four telephones in the pod. Because I am afraid of contracting COVID-19, I use my own shirt to clean the telephone before placing a call.

14. Neither I nor the people in my pod have been tested for COVID-19. The staff at CCA also are not taking the temperatures of the people in the pod, except during our periodic medical check-ups.

15.     I know of at least two women who showed symptoms of COVID-19. One woman in my pod was placed in quarantine because she had a fever. She was removed from quarantine and returned to my pod, even though she said she still felt sick. We were in the same pod for about one week, and I came into close contact with her on several occasions. I remember sitting at the same table as her and listening to her tell a story about being in quarantine. Another woman, who also showed symptoms of COVID-19, was transported past my sewing workshop. CCA staff placed us in lockdown until she passed through the hallway and told the people in my workshop that the woman had some kind of infection or contagion. I do not know what happened to these two women.

16.     There is no social distancing in my pod. People in the pod—including both detainees and CCA staff—frequently interact with each other and are within six feet of each other.

17.     Concerned for my health, safety, and ability to survive under these conditions, I attempted to file a grievance on April 29, 2020. I went with several other people from my pod and asked a correctional officer for a grievance form. This officer denied that anyone at CCA has tested positive for COVID-19 and told us that everything at CCA is just fine. The officer also said that the stories about positive tests at CCA are merely rumors relating to some positive tests at the other jails and prisons in Florence, Arizona. I again tried to file a grievance and eventually found a grievance form. I filed a grievance on May 1, 2020, asking for improved conditions of confinement due to COVID-19. I still have not received a response.

18.     I am afraid to file a grievance because CCA staff might retaliate against me. Staff at CCA have acted badly when people complain or file grievances. I previously filed a grievance for another medical issue, and the doctor summoned me and then scolded me for filing the grievance. The doctor said that I filed the grievance only because my lawyer put me up to it. Another woman in my pod also filed a grievance asking for certain medical care. CCA staff told her that the only reason we file grievances is to get attention. The correctional officers and medical staff have been very difficult

1  when a grievance is filed. Based on these incidents, I never want to file another grievance
2  at this facility.

3      19.    I have a family whom I support and care for, including my young son. I
4  lived in Philadelphia, Pennsylvania, for 10 years. In Philadelphia, I have a close
5  community, including my siblings and my church. If I was released from CCA during the
6  pendency of my criminal proceeding, I would be able to live with my family in
7  Philadelphia. I would be able to self-isolate in this location for at least 14 days.

8      20.    My health is not good, and I am afraid of contracting COVID-19.

10      I, Casey Arellano, certify that I reviewed the information contained in this
11  declaration with Claudia Romero-Lorenzo by telephone on May 4, 2020, and that she
12  certified that the information contained in this declaration was true and correct to the best
13  of her knowledge.

14      Executed this 4th day of May, 2020.

16                                                /s/   Casey Arellano