# EXHIBIT 5

# DECLARATION OF TRACY ANN PEUPLIE

I, Tracy Ann Peuplie, do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge and belief:

1. I am currently detained at Central Arizona Florence Correctional Complex ("CCA"). I have been detained at CCA since December 28, 2019.

2. My case number is 4:20-cr-00299-CKJ-DTF. I am charged with several drug offenses and am awaiting trial in this case.

3. I am 49 years old. I have several serious medical conditions, including high blood pressure, asthma, anxiety, substance-abuse disorder, and spinal stenosis. I also was transported to the hospital recently for heavy menstrual bleeding. My physical and mental-health conditions are serious, and I am afraid of contracting COVID-19 due to these serious medical conditions.

4. I have asked CCA staff for medicine to help treat the pain from my spinal stenosis, a condition where the spine puts pressure on nerves in the lower back and neck. I still have not received any medication. CCA staff have refused to give me medicine for this condition and my pain, stating that I need to go to the hospital but that I cannot do so because of COVID-19.

5. I live in a pod with about 80 people. These 80 people share six showers and four telephones. The people in my pod are responsible for cleaning the pod, including the showers and floors. We are given one bottle of pink liquid to clean the entire pod and all the cells. This cleaning solution runs out every day before the pod and all the cells are cleaned. When we clean, we are not given personal protective equipment, like gloves. The showers are cleaned twice a day, and the pods are cleaned once or maybe twice a day. We do not have access to disinfecting chemicals, cleaning supplies, or wipes.

6.   In the pod, I live in a cell with ten people. We sleep on six bunk beds that are pushed against the same wall. The bunks are only about two feet apart from each other. The ten people in my cell share a single toilet and sink. We are responsible for cleaning our cell and are given only one bottle of chemicals to do so.

7.   There is no social distancing in our pod or cells. When we are allowed out of our cells, people wait in lines, standing closer than six feet apart, to use the four telephones that are available. There are always lines to use the telephones. Also, during mealtimes, everyone in the pod waits in line for food or the microwaves. Everyone stands in line closer than six feet apart and then sits to eat at about 18 tables, each of which has four chairs. The tables are always full of people during mealtime because there are not enough chairs for everyone in the pod.

8.   Once a week, the people in my pod receive a hygiene bag that includes soap, shampoo, and rolls of toilet paper. We have received the same hygiene bag since I have been detained at CCA.

9.   Several weeks ago, we received thin paper masks. These masks are not N95 masks. After receiving the masks, CCA staff told us that we were not required to wear the masks, so no one was wearing a mask. Beginning on April 30, 2020, we were told that we are required to wear the masks when we go outside our pod. We are not required to wear the masks inside the pod or our cells.

10.   Although we are required to wear masks now, we did not receive new masks until recently. My original mask was broken, so I requested a new one on April 30, 2020. CCA staff refused to provide me with a mask and would not let me leave my pod for a legal call until I found another mask. I was required to borrow another person's mask in order to leave my pod and speak with my attorney. I did not receive a new mask until later that night. Other people in my pod also did not have masks and have not been provided with them. Last week, the people who work in the laundry room did not have masks, so they were not allowed to leave the pod to do laundry. As a result, the people in my pod did not have clean clothes, towels, or bedsheets.

1        11.    Until recently, CCA staff were not wearing masks. On April 30, 2020, CCA staff told us they would begin wearing masks, but they reassured us that no one at CCA has tested positive for COVID-19. I have seen a few signs posted about COVID-19, but CCA staff otherwise have not told us anything about COVID-19 or the measures at CCA in response to COVID-19.

      12.    CCA staff have set-up a room that is referred to as the "quarantine room." When new detainees come to CCA, they all stay in the quarantine room for 14 days. After these 14 days, the detainees are released from the quarantine room. They are moved into the pod with 80 other people and into a cell with ten people.

      13.    CCA staff have not tested people in my pod for COVID-19. CCA staff also have not taken the temperatures of the people in my pod, except during our periodic medical checks.

      14.    I am afraid of contracting COVID-19 and am concerned for my health and well-being at CCA. Based on these concerns, I filed an emergency grievance with CCA around April 22, 2020. I still have not received a response to this emergency grievance. Having received no response, I filed a second emergency grievance on April 30, 2020. I handed my grievance form to a member of the CCA staff and asked about the status of my first emergency grievance. The staff member replied that they receive about 400 grievances a day and that "we'll get to it whenever we get to it." I still have not received a response to either my first or my second emergency grievance.

      15.    Grievance forms are not always available at CCA. On several recent occasions, I attempted to fill out a grievance form, but no grievance form was available.

      16.    If I was released from CCA during the pendency of my criminal proceeding, I would be able to live and stay with my family in Oklahoma. I would be able to self-isolate in this location for at least 14 days.

      17.    I am scared that if conditions do not improve at CCA or if I am not released, then something horrible will happen to me. I am afraid of contracting COVID-19.

1   I, Matthew R. Koerner, certify that I reviewed the information contained in this
2   declaration with Tracy A. Peuplie by telephone on May 4, 2020, and that she certified that
3   the information contained in this declaration was true and correct to the best of her
4   knowledge.
5   Executed this 4th day of May, 2020.

7                                           /s/ Matthew R. Koerner