# EXHIBIT 6

# DECLARATION OF JAMES TYLER CIECIERSKI

I, James Tyler Ciecierski, do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge and belief:

1. I am currently detained at Central Arizona Florence Correctional Complex ("CCA"). I have been detained at CCA since the end of February 2020. My case number is 4:19-cr-03122-RM-LAB-1. I am charged with bank robbery and am awaiting trial.

2. I am 26 years old. I have a fiancée and 10-month-old daughter.

3. I have been diagnosed with severe asthma and always need to keep my inhaler nearby. I also have a history of substance-use disorder.

4. I live in a pod with about 40 people. We share three telephones and five showers. I also share a cell with one other person. Our beds are placed about one foot apart, and we share a bathroom and a sink.

5. Before moving to my current cell, I lived in a cell with 14 people. In this cell, we slept on bunk beds that were about one foot apart. The 14 people in my cell shared one bathroom and one sink.

6. Once a week, the people in my pod receive bathroom products like soap and toothpaste. I do not know how to get more soap if I need it.

7. Around April 15, 2020, the people in my pod received paper masks, but we were not required to wear them. No one wore the masks, including CCA staff. The staff is not taking anyone's temperature unless people go to the medical unit. Nor is anyone in my pod being tested for COVID-19.

8. On April 30, 2020, the guards told us that they would begin wearing masks, but they reassured us that no one at CCA has tested positive for COVID-19. A guard at CCA separately told me that someone has tested positive for COVID-19.

9. There is no social distancing. People in my pod can interact closer than six feet apart, and they frequently do so. During mealtimes, people wait in lines for food and

then sit at the 12 tables in the pod.  Each table has 4 chairs, and these tables are full during mealtimes.  Inmate jobs also are continuing as usual, despite the risks from COVID-19.  These jobs include shower porters, tray washers, table washers, kitchen staff, and barbers.  The people working these jobs typically work close to each other and often work in small rooms or spaces.

10. Due to the conditions at CCA, I am afraid of contracting COVID-19.  This particularly worries me because of my severe asthma.  Based on these concerns, I filed a grievance around April 15, 2020, asking for conditions that would reduce the risk of COVID-19 spreading through my pod.  I did not receive a response, so I filed another grievance on April 30, 2020.  On both occasions, I tried to file an emergency grievance, but no emergency-grievance forms were available.  Grievance forms are rarely available, and I have looked for them on several different occasions.  I still have not received a response to either grievance that I filed.

11. I have a young family, including my fiancée and 10-month-old daughter.  If I was released from CCA during the pendency of my criminal proceeding, I would be able to live with my family in Tucson, Arizona.  I would be able to self-isolate in this location for at least 14 days.

I, Matthew R. Koerner, certify that I reviewed the information contained in this declaration with James T. Ciecierski by telephone on May 4, 2020, and that he certified that the information contained in this declaration was true and correct to the best of his knowledge.

Executed this 4th day of May, 2020.

/s/ Matthew R. Koerner