# EXHIBIT 7

**DECLARATION OF MARVIN LEE ENOS**

I, Marvin Lee Enos, do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge and belief:

1. I am currently detained at Central Arizona Florence Correctional Complex awaiting trial. I have been here since August of 2019. My case number is 19-cr-02041-JAS-DTF.

2. I am charged with two counts of aggravated sexual abuse and two counts of assault with intent to commit aggravated sexual abuse.

3. I am 29 years old. I have a number of serious medical conditions including hypertension and asthma. Before I was incarcerated I smoked a pack a day of cigarettes and have a Body Mass Index of 41.96. I am scared for my well-being because of these conditions.

4. I am generally held in a segregated housing unit. In that unit there are 56 people in our pod and 14 people in our shared room. We sleep in bunk beds about five feet apart. We share a single toilet and four showerheads.

5. The toilet and showers are not cleaned between individual uses.

6. We have only been provided one mask since the COVID-19 outbreak started. It is a thin blue mask, not an N95 mask. I am wearing mine but most people are not wearing masks inside the pod. We have no gloves.

7. Until recently, no staff members were wearing masks.

8. Once a week, on Wednesdays, we receive two small bars of soap and a small bottle of shampoo, which is often not enough to keep clean for the week. When I run out of soap, I just have to wait until the next Wednesday to get more. They have not provided us more soap since the pandemic started.

9. In my regular housing unit, I work as a shower cleaner and am responsible for cleaning the showers with one other inmate. We are not given protective equipment and only a small

-1-

amount of cleaning supplies, which are not enough to clean the showers at all. Sometimes I try to use my personal shampoo to clean the showers for my job.

10. We eat meals in the shared dayroom area. The tables in the dayroom seat four people per table, and we sit and eat meals together on trays. Neither the tables nor the trays are cleaned as far as I can tell. Inmates used to have a job of cleaning the tables before we would eat but that is not happening anymore.

11. In the segregated housing unit there is no social distancing. We are all very close to each other.

12. There is no hand sanitizer.

13. On April 29 after an incident in my housing pod I was sent to isolation. Things are even worse here.

14. In isolation, I am in a cell with two other people. We cannot be further than 2 feet from each other. Staff checks on us every hour.

15. We are not permitted to shower every day so I am worried about staying clean.

16. We are sharing a shower and a toilet. They are filthy.

17. I still only have the one mask I was given weeks ago. It is not clean.

18. I was not tested for COVID before being moved from my regular housing unit into isolation. Nobody that I know has been tested for COVID.

19. I have not had my temperature taken at any time.

20. When we speak on the phone to our lawyers, we are near other people and the phones are not cleaned between calls. During my most recent legal call, I was crammed into a room with about 10 people and we were given a cordless phone to use that was not being cleaned as far as I could tell.

21. This week we heard that someone tested positive for COVID-19 within the facility. I heard from another inmate whose sister informed him based on something she saw on Facebook. No one informed us directly. Nothing has changed within the facility except now the staff are wearing their masks. They also have blue masks but theirs are much thicker than ours. I do not know how often they change out their masks.

22. Concerned for my safety and well-being and my ability to survive under these conditions, I filed an emergency grievance April 19 and April 22 asking to be protected from COVID-19. After about one week, the unit manager responded to my April 19 grievance and said that everything was fine. I still have not received a response to my April 22 grievance. I kept the receipt from the grievance in a book in my cell but it was taken away from me so now I do not have it.

23. I am scared that if conditions do not improve in here that I will get really sick and that I could die.

24. My defense lawyer appealed my detention here based on COVID-19 in court but it was denied.

25. If I were released I would live with my mother at our home in the Sif Oidak District within the Tohono O'Odham Nation Reservation in Arizona, south of Florence. She has a vehicle and could transport me safely home. The only people in the house would be me, my mother and her boyfriend and I could safely quarantine for fourteen days or longer as needed.

I, Chase Strangio, certify that I reviewed the information contained in this declaration with Marvin Lee Enos by telephone on April 30, 2020, and that he certified that the information contained in this declaration was true and correct to the best of his knowledge.

Executed this 30th day of April, 2020.

                                        /s/Chase Strangio

                                        Chase Strangio