ASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Guadalupe Lucero-Gonzalez, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kris Kline, et al., <br><br> Defendants. | No. CV-20-00901-PHX-DJH (DMF) <br><br> **ORDER** |

Defendants have filed a Motion for Leave to Exceed Page Limit in their response to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 12). Defendants attest that their response "will be approximately 25 pages." For good cause shown, the Court will grant the Motion.

**IT IS ORDERED:**

(1) The referral to the Magistrate Judge is **withdrawn** as to Defendants' Motion for Leave to Exceed Page Limit (Doc. 12).

(2) The Motion for Leave to Exceed Page Limit (Doc. 12) is **granted**.

. . . .

. . . .

. . . .

. . . .

. . . .

   (3) All other matters **must remain** with the Magistrate Judge for disposition as appropriate.

   Dated this 14th day of May, 2020.

_____
Honorable Diane J. Humetewa
United States District Judge