ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Guadalupe Lucero-Gonzalez, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kris Kline, et al., <br><br> Defendants. | No. CV-20-00901-PHX-DJH (DMF) <br><br> **ORDER** |

By Order dated May 11, 2020, the Court directed Defendants to respond to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2).[1] Defendants have now filed their Response (Doc. 16), to which Plaintiffs have Replied (Doc. 18). The Court will set this matter for oral argument. At the hearing, the parties should be prepared to discuss whether any failure to exhaust Plaintiffs' claims through the CAFCC grievance process precludes the granting of a preliminary injunction.

Additionally, to resolve the Motion and effectuate any necessary relief as expeditiously as possible, the Court will direct the parties to meet and confer prior to the hearing in order to agree upon an expert who is able to immediately serve as a Rule 706 expert should Plaintiffs' prevail on their Motion. In the event the parties are unable to agree upon an expert, the parties will be directed to provide the name and credentials of

---

[1] The Court denied the Motion to the extent it sought a temporary restraining order without notice. (Doc. 6).

one (1) such expert each for the Court's consideration.[2]

**IT IS ORDERED:**

(1) The referral to the Magistrate Judge is **withdrawn** as to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2).

(2) This matter is set for a Telephonic Hearing re: Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) for **Friday, May 22, 2020 at 10:00 AM** (Arizona Time) in Courtroom 605, 401 West Washington Street, Phoenix, AZ 85003 before Judge Diane J Humetewa. Counsel will receive dial-in instructions for the teleconference separately via electronic mail.

(3) **PRIOR TO THE HEARING,** the parties must **meet and confer** in order to agree upon an expert willing and able to immediately serve as a Rule 706 expert should the Court grant Plaintiffs' Motion. In the event the parties are unable to agree upon an expert, the parties are directed to provide the name and credentials of one (1) such expert each for the Court's consideration.

(4) If any member of the public wishes to listen to the telephonic hearing, they shall contact chambers via electronic mail at Humetewa_Chambers@azd.uscourts.gov to request dial-in instructions to listen to the hearing.

(5) All other matters **must remain** with the Magistrate Judge for disposition as appropriate.

Dated this 18th day of May, 2020.

Honorable Diane J. Humetewa
United States District Judge

---

[2] The Court is aware that Plaintiffs have identified five (5) potential experts. (Doc. 18 at 11 fn. 6; Doc. 18-1 at 12-95). If the parties are unable to agree upon an expert, Plaintiffs may choose one of these individuals.