Jean-Jacques Cabou (#022835)
Matthew R. Koerner (#035018)
Margo R. Casselman (#034963)
Benjamin C. Calleros (#034763)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602-351-8000
Facsimile: 602-648-7000
JCabou@perkinscoie.com
MKoerner@perkinscoie.com
MCasselman@perkinscoie.com
BCalleros@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Plaintiffs-Petitioners
(additional counsel identified on signature page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Claudia Romero-Lorenzo; Tracy Ann Peuplie; James Tyler Ciecierski; and Marvin Lee Enos; each individually and on behalf of all others similarly situated, <br><br> Plaintiffs–Petitioners, <br><br> v. <br><br> Brian Koehn, Warden of the Central Arizona Florence Correctional Complex; David Gonzales, U.S. Marshal for the District of Arizona; Donald W. Washington, Director of the U.S. Marshals Service; Michael Carvajal, Director of the Federal Bureau of Prisons, in their official capacities, <br><br> Defendants–Respondents. | No. 2:20-cv-00901-DJH <br><br> **NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs hereby give notice that Plaintiffs served their first Initial Disclosure Statement to Defendants by email on Friday, April 9, 2021.

Dated:  April 12, 2021

**PERKINS COIE LLP**

By: /s/ *Benjamin C. Calleros*
Jean-Jacques Cabou (#022835)
Matthew R. Koerner (#035018)
Margo R. Casselman (#034963)
Benjamin C. Calleros (#034763)
Thomas D. Ryerson
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Emma Andersson (*admitted pro hac vice*)
eandersson@aclu.org
Alejandro Ortiz (*admitted pro hac vice*)
ortiza@aclu.org
Milo Inglehart (*admitted pro hac vice*)
minglehart@aclu.org
David Fathi (*admitted pro hac vice*)
dfathi@aclu.org
Corene Kendrick (*admitted pro hac vice*)
ckendrick@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Fl.
New York, New York 10004
Telephone:  917-345-1742

Somil Trivedi (*admitted pro hac vice*)
strivedi@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St., NW
Washington, DC  20012
Telephone:  202-715-0802

Jared G. Keenan (#027068)
jkeenan@acluaz.org
Christine K. Wee (#028535)
CWee@acluaz.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014

*Attorneys for Plaintiffs–Petitioners*

152129250.1

-2-

# CERTIFICATE OF SERVICE

☒ I hereby certify that on April 12, 2021, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of same to:

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Nicholas D. Acedo, Bar No. 021644
Jacob B. Lee, Bar No. 030371
**STRUCK LOVE BOJANOWSKI& ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Respondent Kline*

AUSA William Staes
Two Renaissance Square
40 N. Central Ave, Suite 1200
Phoenix, Arizona 85004
William.Staes@usdoj.gov
*Attorney for David Gonzlaes, Donald W. Washington and Michael Carvajal*

By: s/ Deborah Mart
**Perkins Coie, LLP**

152129250.1

-3-