GARY M. RESTAINO
United States Attorney
District of Arizona
WILLIAM C. STAES
Assistant U.S. Attorney
Illinois State Bar No. 6314835
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: William.Staes@usdoj.gov
*Attorneys for the Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudia Romero-Lorenzo, et al., | No. CV-20-00901-PHX-DJH (DMF) |
| Plaintiffs, | **FEDERAL DEFENDANTS' JOINDER IN DEFENDANT KLINE'S MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Brian Koehn, et al., | |
| Defendants. | |

Defendants David Gonzales, U.S. Marshal for the District of Arizona; Donald W. Washington, Director of the U.S. Marshals Service ("USMS" or "Marshals"); and Michael Carvajal, Director of the Federal Bureau of Prisons (collectively, "Federal Defendants"), hereby join the factual and legal arguments set forth in Sections II.A., II.B., and II.C. of Defendant Kline's Motion for Summary Judgment (Doc. 194), and incorporate the factual and legal arguments raised in these sections, respectively, into Sections IV.A, IV.B., and IV.C., respectively, of the Federal Defendants' Motion for Summary Judgment (Doc. 187), as if fully stated therein. As noted in the Federal Defendants' Motion for Summary Judgment, the factual and legal arguments set forth in Sections II.A., II.B., and II.C. of Defendant Kline's Motion for Summary Judgment "apply with equal force to the claims asserted against the Federal Defendants." (*See* Doc. 187 at 3.)

The Federal Defendants also join Defendant Kline's Statement of Facts in Support of Motion for Summary Judgment (Doc. 192), including all attachments thereto (Docs. 192-1,

192-2, 192-3), and incorporate the facts set forth in Defendant Kline's Statement of Facts in Support of Summary Judgments and attachments thereto (Docs. 192, 192-1, 192-2, 192-3), as if fully stated in the Federal Defendants' Statement of Facts in Support of Motion for Summary Judgment (Doc. 188.) As noted in the Federal Defendants' Motion for Summary Judgment, the factual statements set forth in Defendant Kline's Statement of Facts in Support of Motion for Summary Judgment "apply with equal force to the claims asserted against the Federal Defendants." (*See* Doc. 187 at 3.)[1]

**RESPECTFULLY SUBMITTED** this 9th day of August, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona


*s/William C. Staes*
WILLIAM C. STAES
Assistant U.S. Attorney
*Attorneys for the Federal Defendants*

---

[1] The Federal Defendants expressly joined Defendant Kline's Motion for Summary Judgment and Statement of Facts in Support of Motion for Summary Judgment in their Motion for Summary Judgment and Statement of Facts in Support of Summary Judgment. (*See* Docs. 187 at 3-5; 188 at ¶ 10.) The Federal Defendants file the instant joinder now that Defendant Kline's Motion for Summary Judgment and Statement of Facts in Support of Summary Judgement have been entered on the case docket.

## CERTIFICATE OF SERVICE

I certify that on August 9, 2022, I filed the foregoing Notice of Service with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following parties in this case, who are registered in the CM/ECF System:

**Emma A. Andersson**
**Mark Carter**
**Alejandro Agustin Ortiz**
ACLU-New York, NY
125 Broad St., 18th Fl.
New York, NY 10004
Email: eandersson@aclu.org
Email: mcarter@aclu.org
Email: ortiza@aclu.org

**Benjamin C. Calleros**
**Jean-Jacques Cabou**
**Margo Rose Casselman**
**Matthew Robert Koerner**
**Thomas Dean Ryerson**
Perkins Coie LLP – Phoenix, AZ
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012
Email: bcalleros@perkinscoie.com
Email: jcabou@perkinscoie.com
Email: mcasselman@perkinscoie.com
Email: mkoerner@perkinscoie.com
Email: tryerson@perkinscoie.com

**Somil Bharat Trivedi**
ACLU-Washington, DC
915 15th St. NW, 7th Fl.
Washington, DC 20005
Email: strivedi@aclu.org

*Attorneys for Plaintiffs*

**Christine Keeyeh Wee**
**Jared G. Keenan**
ACLU-Phoenix, AZ
P.O. Box 17148
Phoenix, AZ 85011
Email: cwee@acluaz.org
Email: jkeenan@acluaz.org

**Corene T. Kendrick**
**David Cyrus Fathi**
ACLU-Washington, DC
915 15th St. NW, 7th Fl.
Washington, DC 2005
ckendrick@aclu.org
dfathi@aclu.org

**Kyle Virgien**
ACLU-San Francisco, CA
39 Drumm St.
San Francisco, CA 94111
kvirgien@aclu.org

*Attorneys for Plaintiffs*

**Daniel Patrick Struck**
**Jacob Brady Lee**
**Nicholas Daniel Acedo**
**Rachel Love**
Struck Love Bojanowski & Acedo PLC
3100 W. Ray Rd., Ste 300
Chandler, AZ 85226
dstruck@strucklove.com
jlee@strucklove.com
nacedo@strucklove.com
rlove@strucklove.com

*Attorneys for Defendant Kris Kline*

*s/ Celescia A. Broughton*
U.S. Attorney's Office