MGD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudia Romero-Lorenzo, et al., | No.   CV-20-00901-PHX-DJH (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| Brian Koehn, et al., | |
| Defendants. | |

Defendant Kline filed a Motion for Reconsideration of the Order Denying in Part his Motion for Summary Judgment, and Federal Defendants join.  (Docs. 232, 233.) Defendants seek reconsideration of the Court's March 30, 2023 Order (Doc. 231) denying them summary judgment on a narrow segment of Plaintiffs' claims for injunctive relief pertaining to Defendants' COVID-19 prevention strategies at the Central Arizona Florence Correctional Complex.  Defendants argue that new evidence, including updated guidance from the Centers for Disease Control and Prevention, call for dismissal of this action in its entirety.

The Court will permit Plaintiffs to file a response.  *See* LRCiv 7.2(g)(2) (no response to a motion for reconsideration shall be filed unless ordered by the Court).

**IT IS ORDERED:**

(1)     Plaintiffs may file a response to Defendants' Motion for Reconsideration and Joinder (Docs. 232, 233) within **ten (10) days** of the date of this Order.

. . . .

1        (2)     No reply briefs will be permitted.

2        Dated this 24th day of April, 2023.

Honorable Diane J. Humetewa
United States District Judge

- 2 -