**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Claudia Romero-Lorenzo; Tracy Ann Peuplie; James Tyler Ciecierski; and Marvin Lee Enos; each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Brian Koehn, Warden of the Central Arizona Florence Correctional Complex; David Gonzales, U.S. Marshal for the District of Arizona; Donald W. Washington, Director of the U.S. Marshals Service; Colette Peters, Director of the Federal Bureau of Prisons, in their official capacities,<br><br>Defendants. | No. CV-20-0901-PHX-DJH (DMF)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REOPEN DISCOVERY TO OBTAIN TARGETED INFORMATION ON CURRENT COVID-19 PRACTICES** |

Before this Court is Plaintiffs' Motion to Reopen Discovery to Obtain Targeted Information on Current COVID-19 Practices. After consideration of Plaintiffs' Motion, along with all supporting documents filed with the motion, the Court orders as follows:

Plaintiffs' Motion to Reopen Discovery to Obtain Targeted Information on Current COVID-19 Practices is GRANTED

It is further ORDERED that Defendants must respond, within 30 days of the date of this Order, to Plaintiffs' Supplemental Interrogatories and Supplemental Requests for Production, attached as Exhibit A and Exhibit B to Plaintiffs' Motion.

It is further ORDERED that Plaintiffs may depose Warden Kris Kline, Health Services Administrator Kristyn Jaramillo, and Clinical Supervisor Carrie Rose for no more than four hours of time on the record each. These depositions must be completed within 44 days of the date of this Order.

It is further ORDERED that Plaintiffs must serve a supplemental expert report of Dr. Homer Venters and Defendants must serve a supplemental expert report of Dr. Owen Murray within 58 days of the date of this Order. These supplemental expert reports should be sufficiently detailed and complete that the parties may move the Court to present these supplemental reports in lieu of oral direct examination of each expert.

It is further ORDERED that Plaintiffs may depose Dr. Owen Murray and Defendants may depose Dr. Homer Venters for no more than four hours of time on the record each. These depositions must be completed within 65 days of the date of this Order.

DATED this ____ day of _____, 2023.

2