# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudia Romero-Lorenzo, et al., | No. CV-20-00901-PHX-DJH (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| Brian Koehn, et al., | |
| Defendants. | |

The Court has considered the parties' Joint Motion for Extension of Reopened Discovery Deadlines (Doc. 256). Good cause appearing,

IT IS ORDERED granting the Joint Motion for Extension of Reopened Discovery Deadlines (Doc. 256).

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Fact depositions | **October 24, 2023** |
| Expert reports served | **November 9, 2023** |
| Expert depositions | **November 17, 2023** |

Dated this 30th day of October, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge