# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudia Romero-Lorenzo, et al., | No. CV-20-00901-PHX-DJH (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| Brian Koehn, et al., | |
| Defendants. | |

The Court has considered the parties' Joint Motion for Extension of Reopened Discovery Deadlines (Doc. 260). Good cause appearing,

IT IS ORDERED granting the Joint Motion for Extension of Reopened Discovery Deadlines (Doc. 260).

IT IS FURTHER ORDERED extending the deadline for fact depositions to **November 3, 2023**. This case was filed on May 8, 2020. The Court is not inclined to grant any further extensions or continuances absent truly extraordinary circumstances.

Dated this 2nd day of November, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge