# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Guadalupe Lucero-Gonzalez, et al., | No. CV-20-00901-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Brian Koehn, et al., | |
| Defendants. | |

Before the Court is Defendant Kline's Motion for Leave to File Second Motion for Summary Judgment (Doc. 278), Federal Defendants' Joinder in Defendant Kline's Motion (Doc. 281), and Defendants' Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law and Motions in Limine (Doc. 284). Defendants indicate that Plaintiffs oppose each of the requests, but Plaintiffs' time to respond has not expired. The Court finds responses unnecessary.

Plaintiffs submitted their Notice of Readiness for a Final Pretrial Conference on November 20, 2023 (Doc. 271). The Court set this matter for a February 1, 2024, Final Pretrial Conference on December 4, 2023 (Doc. 275). Defendants then waited until December 22, 2023, to ask for leave to file a second round of dispositive motions. (*See* Docs. 278, 281). The Court finds Defendants' Motion for Leave to File Second Motion for Summary Judgment is untimely and does not justify further delay of this matter.

Accordingly,

**IT IS ORDERED** that Defendant Kline's Motion for Leave to File Second Motion for Summary Judgment (Doc. 278), Federal Defendants' Joinder in Defendant Kline's Motion (Doc. 281), and Defendants' Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law and Motions in Limine (Doc. 284) are **denied**. The parties' pretrial deadlines (Doc. 275, 277) are otherwise **affirmed**.

Dated this 2nd day of January, 2024.

Honorable Diane J. Humetewa
United States District Judge