# EXHIBIT D

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF ARIZONA

 3   Claudia Romero-Lorenzo,    )
     et al.,                    ) No. CV-20-0901-PHX-DJH(ESW)
 4                              )
               Plaintiffs,      )
 5                              )
          v.                    )
 6                              )
     Kris Kline, et al.,        )
 7                              )
               Defendants.      )
 8   ---------------------------

 9

10

11

12

13                        * * * * *

14

15              DEPOSITION OF TANYA NAVARRO

16              FRIDAY, NOVEMBER 3, 2023

17              11:30 A.M. ARIZONA TIME

18                    VIDEOCONFERENCE

19                        * * * * *

20

21

22

23

24

25          Reported by: ALBERT NARVAEZ, CR #50969
```



| | |
|---|---|
| 1 | A.  Yes. |
| 2 | Q.  And does CAFCC first use a rapid test to test |
| 3 | that individual for COVID? |
| 4 | A.  It would depend on what we have on stock.  So |
| 5 | we could use a rapid or we could use a PCR that gets |
| 6 | sent out to the lab. |
| 7 | Q.  Are there times where there are no PCR tests in |
| 8 | stock? |
| 9 | A.  There has been times that there were no PCRs in |
| 10 | stock, yes. |
| 11 | Q.  Are there times where there are no rapid tests |
| 12 | in stock? |
| 13 | A.  Not that I can recall. |
| 14 | Q.  Okay.  So, at bear minimum, a person exhibiting |
| 15 | COVID symptoms would get tested with at least a |
| 16 | rapid test; is that right? |
| 17 | MR. LEE:  Object to form. |
| 18 | THE WITNESS:  We would test them with |
| 19 | rapid if we didn't have the PCRs on-site. |
| 20 | Q.  (By Mr. Treadaway)  When you test somebody with |
| 21 | a PCR test, how long does it take to receive the |
| 22 | results of that test? |
| 23 | A.  It can vary, but it's usually between, I would |
| 24 | say, three to five days. |
| 25 | Q.  Okay.  When the facility has been out of stock |



1   A.   That would be everyone, yes.
2   Q.   Okay.  So then the large majority of people at
3   CAFCC should therefore get an updated vaccine,
4   correct?
5            MR. LEE:  Object to form, foundation.
6            THE WITNESS:  I believe that, again, it's
7   a very individualized decision.  They should be
8   given the information and they should decide on
9   whether or not they choose to pursue a vaccine or
10  not.
11  Q.   (By Mr. Treadaway)  The large majority of
12  people at CAFCC are eligible for a vaccine based on
13  this guidance, correct?
14           MR. LEE:  Form and foundation.
15           THE WITNESS:  I can't speak if someone is
16  or not without -- I'm not a doctor, first of all, so
17  I can't say this person yes and this person no.  So
18  I don't know what you're asking specifically.
19  Again, providers decide whether or not if a COVID
20  vaccine would be contraindicated versus not, and I
21  can't speak that the majority are or the majority
22  are not.
23  Q.   (By Mr. Treadaway)  All right.  Let me pull
24  this down.  Okay.  When is the last time CAFCC had
25  COVID-19 vaccinations in stock on-site at the



1  facility?
2  A.  I could not give you a specific date.  I'm not
3  sure.
4  Q.  Do you recall there being COVID-19 vaccinations
5  in stock on-site at CAFCC in 2023?
6  A.  I don't recall.  I don't -- I don't believe so
7  in 2023, but I'm not sure when's the last time we
8  had vaccines.
9  Q.  Okay.  Do you recall the last time someone at
10 CAFCC received a vaccine on-site?
11 A.  Not a particular date, no.
12 Q.  Do you recall anyone in the last year receiving
13 a COVID-19 vaccine on-site at CAFCC?
14 A.  I don't recall any.
15 Q.  What about in the last year and a half?
16 A.  I don't know.  I haven't worked a vaccine
17 clinic in a really long time.  That's something that
18 the infectious disease team would do.  And I could
19 not speak on when's the last time a COVID-19 vaccine
20 was done without going back and looking at our
21 records.
22 Q.  Are people at CAFCC offered an updated COVID-19
23 vaccine at this time?
24 A.  We don't have any COVID-19 vaccines on hand
25 right now, but there are ways that they can request



1  making right now to get vaccines?
2  A.   Currently, we are working with our corporate
3  leadership to obtain vaccines through our pharmacy
4  vendor.  We have just been told in the last few days
5  that they will have them available to us, in which
6  vaccines will be available to us.
7  Q.   Do you know when they will be available?
8  A.   I'm hoping they will be available fairly soon.
9  It's a brand that we did not carry before.  So we're
10 having to make sure that the storage and handling,
11 that we're set up for that.  So we're in the process
12 of getting information from the pharmacy vendor to
13 verify storage and handling and all of that
14 information.
15 Q.   And what type of vaccine is this?
16 A.   This is --
17 Q.   You mentioned -- sorry.
18 A.   Pfizer.
19 Q.   Pfizer, okay.  And you mentioned this is coming
20 through the pharmacy vendor.  Is this different than
21 the backup pharmacy?
22 A.   Correct.
23 Q.   Okay.  And when you mentioned you're working
24 with corporate leadership to get this set up, no
25 orders have been placed; is that correct?



1  A.  Orders as far as to ship to our facility or
2  what do you mean?
3  Q.  Has CAFCC ordered Pfizer vaccines to be
4  delivered yet?
5  A.  No, because you have to make sure you're set up
6  for storage and handling.  There's a process.  You
7  have to have data loggers.  We have to make sure
8  that everything is set up before you receive the
9  vaccine.
10 Q.  Has CAFCC ordered COVID vaccines from its
11 backup pharmacy before?
12 A.  No.
13 Q.  Okay.  Has -- sorry.  I'll withdraw that.
14         MR. TREADAWAY:  Okay.  Would now be a good
15 time to take a break, Jacob?
16         MR. LEE:  Sure.
17         MR. TREADAWAY:  Okay.  Want to take about
18 ten minutes?
19         MR. LEE:  Okay.
20         MR. TREADAWAY:  All right.  We can go off
21 the record.
22                      (Recess)
23 Q.  (By Mr. Treadaway)  All right.  Ms. Navarro,
24 just before break, you testified that CoreCivic
25 corporate was taking steps to make the COVID vaccine



1        THE WITNESS:  Honestly, it would be at the
2    discretion of the provider.  It really would be
3    dependent on each individual case and whether or not
4    the provider felt that they needed a certain housing
5    area for them based off a condition that they were
6    treating them for.
7    Q.   (By Mr. Treadaway)  Okay.  Did CAFCC at any
8    point since 2020 maintain a list of people who are
9    medically vulnerable to COVID-19?
10   A.   I believe, if I recall correctly, there might
11   have been a list that was deemed, like, high-risk in
12   the very, very beginning.  But I don't remember
13   exactly how long that went for.
14   Q.   Has CAFCC since stopped maintaining that list?
15   A.   We no longer have that list because we're able
16   to run reports off of our computer, electronic
17   medical records system.
18   Q.   As of today, CAFCC does not maintain a list of
19   people who are medically vulnerable to COVID-19; is
20   that right?
21        MR. LEE:  Object to form.
22        THE WITNESS:  Currently, what we have is
23   an electronic medical system that could pull up all
24   of these conditions in our computer system and
25   generate a report.



```
 1   Q.   (By Mr. Treadaway)  So, as of today, CAFCC does
 2   not maintain a static list of people who are
 3   medically vulnerable to COVID-19; is that correct?
 4           MR. LEE:  Form.
 5           THE WITNESS:  We do not have an Excel
 6   spreadsheet with a list of names on there that have
 7   these conditions.  However, we do have electronic
 8   medical records that we would go in and click these
 9   conditions on there and it would be able to populate
10   a list of names with their information in a matter
11   of minutes.
12   Q.   (By Mr. Treadaway)  When someone tests positive
13   for COVID at CAFCC, there is currently no policy
14   where people who share that unit (indiscernible)
15   positive and have medical vulnerabilities are
16   identified, correct?
17           MR. LEE:  Object to form.  You might have
18   cut out a little bit.  I didn't understand the
19   question.
20           THE WITNESS:  Yeah, if you could repeat
21   that, please.
22           MR. TREADAWAY:  Oh, of course.
23   Q.   (By Mr. Treadaway)  When an individual tests
24   positive for COVID at CAFCC, there is currently no
25   policy where people who are medically vulnerable to
```



```
 1  CAFCC; is that what you're saying?
 2  A.   Yes.
 3  Q.   Okay.  And CAFCC used to do this via a list of
 4  people who are high risk for COVID, right?
 5  A.   That is correct.
 6  Q.   Okay.  But CAFCC no longer maintains that list,
 7  right?
 8            MR. LEE:  Object to form.
 9            THE WITNESS:  CAFCC is able to get a list
10  based off of running a report from Allscripts, if we
11  need to.
12  Q.   (By Mr. Treadaway)  When was the last time that
13  report was run?
14            MR. LEE:  Foundation.
15            THE WITNESS:  Specifically for COVID-19?
16  Q.   (By Mr. Treadaway)  So let me back up.  If you
17  wanted to run a list of individuals who were at high
18  risk of COVID, how would CAFCC produce that list?
19  A.   We would produce the list by going into our
20  electronic medical records system, clicking on all
21  the -- the listed, like cardiac, tuberculosis,
22  whatever is listed under those CDC guidelines, and
23  then we would produce the list that way.
24  Q.   Okay.  And the process you just described, when
25  was the last time that was done?
```



1       MR. LEE:  Foundation.
2       THE WITNESS:  Again, I'm seeking to
3  clarify that you're talking specifically for
4  COVID-19 purposes.
5  Q.   (By Mr. Treadaway)  When was the last time that
6  CAFCC has produced a report, if at all, with a list
7  of high-risk individuals to COVID?
8       MR. LEE:  Object to form and foundation.
9       THE WITNESS:  I couldn't give you a
10 specific date.  I'm not sure when's the last time it
11 was run specifically for COVID-19 high risk.
12 Q.   (By Mr. Treadaway)  Has it been in the last
13 week?
14      MR. LEE:  Form and foundation.
15      THE WITNESS:  I have not ran a report in
16 the last week.  Again, I'd have to --
17 Q.   (By Mr. Treadaway)  To your --
18 A.   -- check and see when it was last ran.
19 Q.   To your --
20 A.   And --
21 Q.   Sorry.  I'm sorry.  I don't mean to interrupt.
22 To your knowledge, has anybody run that list in the
23 last week?
24 A.   Not that I'm aware of.
25 Q.   To your knowledge, has anyone run that list in



```
 1  the last month?
 2              MR. LEE:  Foundation.
 3              THE WITNESS:  I'm not sure.
 4  Q.   (By Mr. Treadaway)  Okay.  Are you aware of any
 5  reason that list would be run in the last month?
 6              MR. LEE:  Foundation.
 7              THE WITNESS:  Specifically for COVID-19,
 8  I'm not aware.
 9  Q.   (By Mr. Treadaway)  I'm going to pull this
10  exhibit down.  What kinds of treatment are available
11  at CAFCC after an individual tests positive for
12  COVID-19?
13  A.   If someone tests positive for COVID-19 and
14  they're exhibiting symptoms, the provider will treat
15  them a lot of times for whatever symptoms they're
16  exhibiting.
17  Q.   Are antiviral medications one potential
18  treatment?
19  A.   Potentially, yes.
20  Q.   Are you familiar with antiviral treatments for
21  COVID-19?
22  A.   I am familiar that they're available if we need
23  them, but I'm not familiar exactly with what the
24  treatment all, you know, entails.  I don't use those
25  medications on an everyday basis personally.  I
```



```
 1                  DEPOSITION SIGNATURE PAGE

 2   Claudia Romero-Lorenzo,    )
     et al.,                    )
 3                              )
              Plaintiffs,       )
 4                              )
          v.                    )
 5                              )
     Kris Kline, et al.,        )
 6                              )
              Defendants.       )
 7   ---------------------------

 8   Job No. 10492097

 9

10
              DECLARATION UNDER PENALTY OF PERJURY
11

12

13      I declare under penalty of perjury that I have read
     the entire transcript of my deposition taken in the
14   above-captioned matter or the same has been read to me,
     and the same is true and accurate, save and except for
15   changes and/or corrections, if any, as indicated by me
     on the DEPOSITION ERRATA SHEET hereof, with the
16   understanding that I offer those changes as if still
     under oath.
17

18

19

20
                   Signed on the ___ day of _____, 20___.
21

22

23

24
                            _____
25                                   TANYA NAVARRO
```



CERTIFICATE OF REPORTER

STATE OF ARIZONA        )
                        )  SS:
COUNTY OF MARICOPA      )

I, Albert Narvaez, a certified court reporter within and for the State of Arizona, certify that Tanya Navarro was sworn to testify to the truth; that the deposition was taken by me in stenotype and thereafter transcribed by computer and is a true and correct transcript of the testimony of the witness; that the deposition was taken on November 3, 2023, via videoconference; that I am not an attorney for nor relative of either party, or otherwise interested in this action.

Witness my hand and seal of office on this 6th day of November 2023.



_____
Albert Narvaez, CR #50969
For the State of Arizona

_____
For Esquire Deposition Solutions
Registered Reporting Firm No. R1048

Job No. 10492097

```
                    DEPOSITION SIGNATURE PAGE

Claudia Romero-Lorenzo,    )
et al.,                    )
                           )
          Plaintiffs,      )
                           )
     v.                    )
                           )
Kris Kline, et al.,        )
                           )
          Defendants.      )

Job No. 10492097
```

DECLARATION UNDER PENALTY OF PERJURY

   I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the above-captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer those changes as if still under oath.

                 Signed on the 01 day of Dec., 2023.


                                _____
                                       TANYA NAVARRO



```
            DEPOSITION ERRATA SHEET OF TANYA NAVARRO

    Job No. 10492097                        NOVEMBER 3, 2023


Page No._____ Line No._____
Change to: _____ None _____

Reason for change: _____

Page No._____ Line No._____
Change to: _____

Reason for change: _____

Page No._____ Line No._____
Change to: _____

Reason for change: _____

Page No._____ Line No._____
Change to: _____

Reason for change: _____

Page No._____ Line No._____
Change to: _____

Reason for change: _____

Page No._____ Line No._____
Change to: _____

Reason for change: _____

SIGNATURE: _____ DATE 12/01/2023
           TANYA NAVARRO
```



```
                DEPOSITION ERRATA SHEET OF TANYA NAVARRO

     Job No. 10492097                          NOVEMBER 3, 2023


Page No._____  Line No._____
                                       None
Change to: _____

Reason for change: _____

Page No._____  Line No._____

Change to: _____

Reason for change: _____

Page No._____  Line No._____

Change to: _____

Reason for change: _____

Page No._____  Line No._____

Change to: _____

Reason for change: _____

Page No._____  Line No._____

Change to: _____

Reason for change: _____

Page No._____  Line No._____

Change to: _____

Reason for change: _____

Page No._____  Line No._____

Change to: _____

Reason for change: _____
SIGNATURE: _____  DATE  12/01/2023
           TANYA NAVARRO
```

